CO-386-online
10/03

# United States District Court
# For the District of Columbia

Marwood Group LLC )
)
)
)
    vs          Plaintiff )    Civil Action No._____
)
Health Policy Source, Inc., )
Monica Tencate, individually, Daniel )
Boston, individually, John Doe I and John Doe II )
)
           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Marwood Group LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Marwood Group LLC__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

480693
BAR IDENTIFICATION NO.

Tyler A. Brown
Print Name

8614 Westwood Center Drive, Suite 950
Address

Vienna       VA            22182
City         State         Zip Code

703-821-2189
Phone Number