IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARWOOD GROUP LLC,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**HEALTH POLICY SOURCE, INC., MONICA TENCATE, individually, DANIEL BOSTON, individually, JOHN DOE I and JOHN DOE II,**<br><br>　　　　　**Defendants.** | Civil Action No. 1:07-cv-01953 (RCL)<br><br>**STIPULATION AND ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Marwood Group LLC, and Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston (collectively, "Defendants"), through their respective counsel, subject to the approval of the Court, that Defendants' time to answer, move against or otherwise respond to the Complaint shall be extended up to and including December 14, 2007.

Dated: Washington, DC
　　　　November 19, 2007

Respectfully submitted,

JACKSON LEWIS LLP　　　　　　　　　　　KELLEY DRYE & WARREN LLP

　　/s/　　　　　　　　　　　　　　　　　　　　／s／
Tyler A. Brown　　　　　　　　　　　　　　Stephanie A. Joyce
JACKSON LEWIS LLP　　　　　　　　　　　KELLEY DRYE & WARREN LLP
8614 Westwood Center Drive　　　　　　　3050 K Street, NW, Suite 400
Suite 950　　　　　　　　　　　　　　　　Washington, DC 20007-5108
Vienna, VA 22182　　　　　　　　　　　　(202) 342-8400
(703) 821-2189　　　　　　　　　　　　　Attorneys for Defendants Health Policy
Attorneys for Plaintiff Marwood Group LLC　Source, Inc., Monica Tencate and Daniel
　　　　　　　　　　　　　　　　　　　　Boston

So Ordered:

_____

Royce L. Lamberth, United States District Judge

NY01/QUINE/1250250.2