AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MARWOOD GROUP LLC,

        Plaintiff(s)

vs.

HEALTH POLICY SOURCE, INC., MONICA TENCATE, individually, DANIEL BOSTON, individually, JOHN DOE I AND JOHN DOE II,

        Defendant(s)

**APPEARANCE**

CASE NUMBER  1:07-CV-01953 (RCL)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Stephanie A. Joyce   as counsel in this
                                 (Attorney's Name)

case for:  Health Policy Source, Inc., Monica Tencate and Daniel Boston
              (Name of party or parties)

November 19, 2007
Date

198978
BAR IDENTIFICATION

*(Signature)*

Stephanie A. Joyce
Print Name

Kelley Drye & Warren LLP, 3050 K St. NW, Suite 400
Address

Washington, DC  20007-5108
City      State      Zip Code

(202) 342-8400
Phone Number