UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARWOOD GROUP LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1953 (RCL) |
| ) | |
| **HEALTH POLICY SOURCE, INC.,** *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the stipulation by and between plaintiff Marwood Group LLC, and defendants Health Policy Source, Inc., Monica Tencate, and Daniel Boston (collectively, "defendants"), it is hereby

ORDERED that defendants' time to answer, move against or otherwise respond to the Complaint shall be extended up to and including December 14, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 20, 2007.