## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARWOOD GROUP LLC,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**HEALTH POLICY SOURCE, INC.,**<br>**MONICA TENCATE, individually,**<br>**DANIEL BOSTON, individually, JOHN**<br>**DOE I and JOHN DOE II,**<br><br>       **Defendants.** | **Civil Action No. 1:07-cv-01953 (RCL)**<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff,

Marwood Group LLC, and Defendants Health Policy Source, Inc., Monica Tencate and Daniel

Boston (collectively, "Defendants"), through their respective counsel, subject to the approval of

the Court, that Defendants' time to answer, move against or otherwise respond to the Complaint

shall be extended up to and including January 14, 2008.  This extension is necessary because the

Parties are attempting to settle the matter.

                                                      Respectfully submitted,

| | |
|---|---|
| JACKSON LEWIS LLP | KELLEY DRYE & WARREN LLP |
| | |
|     /s/ |     /s/ |
| Tyler A. Brown | Stephanie A. Joyce |
| JACKSON LEWIS LLP | KELLEY DRYE & WARREN LLP |
| 8614 Westwood Center Drive | 3050 K Street, NW, Suite 400 |
| Suite 950 | Washington, DC  20007-5108 |
| Vienna, VA  22182 | (202) 342-8400 |
| (703) 821-2189 | Attorneys for Defendants Health Policy |
| Attorneys for Plaintiff Marwood Group LLC | Source, Inc., Monica Tencate and Daniel |
| | Boston |

SO ORDERED:

Signed by Royce L. Lamberth, United States District Judge, on December 18, 2007.