IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARWOOD GROUP LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**HEALTH POLICY SOURCE, INC., MONICA TENCATE, individually, DANIEL BOSTON, individually, JOHN DOE I and JOHN DOE II,**<br><br>    **Defendants.** | Civil Action No. 1:07-cv-01953 (RCL)<br><br>**STIPULATION AND ORDER** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Marwood Group LLC, and Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston (collectively, "Defendants"), through their respective counsel, subject to the approval of the Court, that Defendants' time to answer, move against or otherwise respond to the Complaint shall be extended up to and including February 13, 2008.  This extension is necessary because the Parties are attempting to settle the matter.

Dated:  Washington, DC
    January 11, 2008

Respectfully submitted,

JACKSON LEWIS LLP

  /s/
Tyler A. Brown
JACKSON LEWIS LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA  22182
(703) 821-2189
Attorneys for Plaintiff Marwood Group LLC

KELLEY DRYE & WARREN LLP

  /s/
Stephanie A. Joyce
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC  20007-5108
(202) 342-8400
Attorneys for Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston

So Ordered:

_____

Royce L. Lamberth, United States District Judge