IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARWOOD GROUP LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**HEALTH POLICY SOURCE, INC., MONICA TENCATE, individually, DANIEL BOSTON, individually, JOHN DOE I and JOHN DOE II,**<br><br>    **Defendants.** | Civil Action No. 1:07-cv-01953 (RCL)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Marwood Group LLC, and Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston (collectively, "Defendants"), through their respective counsel, subject to the approval of the Court, that Defendants' time to answer, move against or otherwise respond to the Complaint shall be extended up to and including February 13, 2008.  This extension is necessary because the Parties are attempting to settle the matter.

Dated:  Washington, DC
        January 11, 2008

Respectfully submitted,

JACKSON LEWIS LLP                              KELLEY DRYE & WARREN LLP

    /s/                                             /s/
Tyler A. Brown                                 Stephanie A. Joyce
JACKSON LEWIS LLP                              KELLEY DRYE & WARREN LLP
8614 Westwood Center Drive                     3050 K Street, NW, Suite 400
Suite 950                                      Washington, DC  20007-5108
Vienna, VA  22182                              (202) 342-8400
(703) 821-2189                                 Attorneys for Defendants Health Policy
Attorneys for Plaintiff Marwood Group LLC      Source, Inc., Monica Tencate and Daniel
                                               Boston

So Ordered:

Signed by Royce C. Lamberth, United States District Judge, on January 11, 2008.