IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARWOOD GROUP LLC,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**HEALTH POLICY SOURCE, INC.,**<br>**MONICA TENCATE, individually,**<br>**DANIEL BOSTON, individually, JOHN**<br>**DOE I and JOHN DOE II,**<br><br>　　　　　　**Defendants.** | **Civil Action No. 1:07-cv-01953 (RCL)**<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Marwood Group LLC, and Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston (collectively, "Defendants"), through their respective counsel, subject to the approval of the Court, that Defendants' time to answer, move against or otherwise respond to the Complaint shall be extended up to and including March 14, 2008.  This extension is necessary because the Parties are in the process of settling the matter.

Dated:  Washington, DC
　　　　　February 13, 2008

Respectfully submitted,

JACKSON LEWIS LLP

　　　　/s/
_____
Tyler A. Brown
JACKSON LEWIS LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA  22182
(703) 821-2189
Attorneys for Plaintiff Marwood Group LLC

KELLEY DRYE & WARREN LLP

　　　　/s/
_____
Stephanie A. Joyce
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC  20007-5108
(202) 342-8400
Attorneys for Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston

So Ordered:

_____

Royce L. Lamberth, United States District Judge