IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARWOOD GROUP LLC,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**HEALTH POLICY SOURCE, INC., MONICA TENCATE, individually, DANIEL BOSTON, individually, JOHN DOE I and JOHN DOE II,**<br><br>　　　　　　**Defendants.** | Civil Action No. 1:07-cv-01953 (RCL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1), by and between Plaintiff, Marwood Group LLC, and Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston, through their respective counsel, that, pursuant to Federal Rule of Civil Procedure 41, the claims asserted by plaintiff against all defendants in the above-captioned matter are hereby dismissed with prejudice, without cost to any party as against each other.

| | |
|---|---|
| Dated:  Washington, DC<br>　　　　　February 21, 2008 | Respectfully submitted, |
| JACKSON LEWIS LLP | KELLEY DRYE & WARREN LLP |
| 　　　/s/<br>Tyler A. Brown<br>JACKSON LEWIS LLP<br>8614 Westwood Center Drive<br>Suite 950<br>Vienna, VA  22182<br>(703) 821-2189<br>Attorneys for Plaintiff Marwood Group LLC | 　　　/s/<br>Stephanie A. Joyce<br>KELLEY DRYE & WARREN LLP<br>3050 K Street, NW, Suite 400<br>Washington, DC  20007-5108<br>(202) 342-8400<br>Attorneys for Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston |

So Ordered:

_____

Royce L. Lamberth, United States District Judge