IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARWOOD GROUP LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**HEALTH POLICY SOURCE, INC.,**<br>**MONICA TENCATE, individually,**<br>**DANIEL BOSTON, individually, JOHN**<br>**DOE I and JOHN DOE II,**<br><br>    **Defendants.** | Civil Action No. 1:07-cv-01953 (RCL)<br><br>**STIPULATION AND ORDER** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Marwood Group LLC, and Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston (collectively, "Defendants"), through their respective counsel, subject to the approval of the Court, that Defendants' time to answer, move against or otherwise respond to the Complaint shall be extended up to and including March 14, 2008.  This extension is necessary because the Parties are in the process of settling the matter.

Dated:  Washington, DC
   February 13, 2008

Respectfully submitted,

| | |
|---|---|
| JACKSON LEWIS LLP | KELLEY DRYE & WARREN LLP |
|   /s/<br>Tyler A. Brown<br>JACKSON LEWIS LLP<br>8614 Westwood Center Drive<br>Suite 950<br>Vienna, VA  22182<br>(703) 821-2189<br>Attorneys for Plaintiff Marwood Group LLC |   /s/<br>Stephanie A. Joyce<br>KELLEY DRYE & WARREN LLP<br>3050 K Street, NW, Suite 400<br>Washington, DC  20007-5108<br>(202) 342-8400<br>Attorneys for Defendants Health Policy Source, Inc., Monica Tencate and Daniel Boston |

So Ordered:

Signed by Royce C. Lamberth, United States District Judge, on March 5, 2008.